

# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2019

Nos. 04-18-00764-CR, 04-18-00765-CR, 04-18-00774-CR, 04-18-00775-CR, 04-18-00777-CR,
04-18-00778-CR, 04-18-00779-CR, 04-18-00780-CR, 04-18-00781-CR, 04-18-00782-CR,
04-18-00783-CR, 04-18-00784-CR, 04-18-00785-CR, 04-18-00786-CR, 04-18-00787-CR,
04-18-00788-CR, 04-18-00789-CR, 04-18-00790-CR, 04-18-00791-CR, 04-18-00792-CR,
04-18-00794-CR, & 04-18-00795-CR

The **STATE** of Texas,
Appellant

v.

Mark Anthony **GONZALEZ**, Agustin Perez, Jr., Gabriel Rene Perez, Jeremias Aguilar, Jr.,
Martin M. Rios, Jr., Steven Negrete, Fernando Jefte Mata, Eloy Canales Romo, Francisco
Antonio Rodriguez, Raymond Ryan Robinson, Winston Robert Modisette, Courtney Marie
Seilhammer, and Ahmed Mamuth
Appellees

From the County Court, Kinney County, Texas
Trial Court Nos. 10041CR, 10056CR, 10122CR, 10134CR, 9711CR, 9712CR, 9892CR,
10123CR, 10054CR, 10138CR, 10187CR, 9964CR, 10185CR, 10047CR, 10074CR,
10115CR, 10116CR, 10117CR, 10118CR, 10125CR, 10195CR, 10196CR
Honorable Spencer W. Brown, Judge Presiding

## O R D E R

By order dated May 8, 2019, the State was ordered to show cause in writing by May 22, 2019, why these appeals should not be dismissed for lack of jurisdiction. On May 29, 2019, the State filed a motion requesting an extension of time to file its response to the show cause order. The motion is GRANTED. The State's response to the show cause order must be filed no later than June 5, 2019. **FURTHER REQUESTS FOR EXTENSIONS OF TIME WILL BE DISFAVORED.**

It is so **ORDERED** on May 31, 2019.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court